IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| STERLING MISANIN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al.,<br><br>*Defendants*. | Case No. _____ |

### DECLARATION OF NINA NOE

I, Nina Noe, pursuant to 28 U.S.C. §1746, declare as follows:

1. My name is Nina Noe.[1] I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I am a 15-year-old girl. I have a twin brother, an older brother, and an older sister. I live in South Carolina, where I have lived my whole life, with my mom, Nancy Noe.

3. I am in the tenth grade. When I'm not at school, I like to do anything and everything creative. I make my own music, and I love painting and balloon knitting.

4. I am transgender. For me, being a girl was my normal. Growing up, I was obsessed with Disney characters who wore feminine outfits and were strong women. Femininity

---

[1] Nina Noe is a pseudonym. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

always felt so cool to me.  I also loved wearing makeup, and I would sneak into my mom's room and wear her heels around the house.

5. When I was seven years old, I would tell my mom that I had a "girl brain" and a "boy body."  My mom did some research and asked me to keep letting her know how I was feeling about my body and my gender.

6. There was no "coming out" experience for me because I have always known that I am a girl, and my parents, including my stepdad, have always supported me in being who I am.  Since the third grade, I have worn dresses, grown out my hair, used "she" and "her" pronouns, and have been comfortable living my life authentically as a girl, first at home with my family and friends, and then at school.  Although it took some kids a little while to get my pronouns right, by the end of third grade, it was a known fact, and the other students and teachers were very nice about it.

7. The first time I heard the word transgender, it was around 2017 when I was 8 or 9, and I heard it from another kid who was younger than me at our family church.  He kept saying that word over and over again when I was trying to explain what was going on with me. I didn't know what it was, so I asked my mom.  She told me that transgender is a word that describes how I feel about myself.

8. When I realized that I am transgender, I finally got to express how I felt and be who I am.  It felt amazing.  But I was worried my body would change in ways that did not feel good.

9. My mom took me to see a doctor who works with transgender children like me in July of 2017 when I was eight years old.  The doctor was very nice and explained everything to me and my mom in a way that made sense.  He said there is a medication that young people like

me can take so that they didn't go through changes associated with male puberty, like my voice getting deeper and growing facial hair. I did not want those things to happen to me because I am a girl, and I knew that they would make my gender dysphoria way worse. I was terrified about going through male puberty. Thankfully the doctor said that I was not in puberty and that I had a few years before I needed any medication.

10. The doctor told me and my mom that, before I started any medication, it would be good for me to see a therapist as well to help me manage my feelings around my gender. That same month, my mom took me to see a therapist who works with transgender kids. My therapist diagnosed me with gender dysphoria.

11. When I started sixth grade, I started going by "Nina" and a supportive teacher at school helped let the rest of the school staff know.

12. In 2021, when I was in the seventh grade, I started showing more signs of puberty. My mom took me back to see the same doctor I saw a few years before, and he did my bloodwork and let me know that it was the right time for me to begin hormone therapy. The doctor explained to me and my mom what hormone therapy would do and, together with my mom, we decided that going through a female puberty was right for me, since I am a girl and have felt like a girl my whole life.

13. I have been receiving hormone therapy for three years now, and this medication has made a big difference in how I feel about myself. I don't feel as scared or worried about my body continuing to change in ways that would make me feel uncomfortable. I have a lot more confidence in myself and am feeling happier and more present in my own life. However, now I am so scared that there is not going to be a way to get my prescriptions.

14. When I first learned about the law that bans the care that I need, I was terrified. It was one of my last days of school this year, and I remember feeling like my country had betrayed me. I was so hurt. My mom has talked with me about what we will do since the law was passed. We need to leave South Carolina every time I need to access this care, which is really unfair. I will have to take time off school and my mom will have to take time off work to drive me or fly to another state that has a doctor that is able to take care of me. Losing this medication is not an option for me as I do not want to go through male puberty and go back to a place where I do not feel safe in my body, and it scares me that this law is hurting many transgender kids in my state who won't be able to travel to get the care they need.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2024                                    *[signature]*