IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| STERLING MISANIN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al., <br><br> *Defendants*. | Case No. _____ |

## DECLARATION OF GARY GOE

I, GARY GOE, hereby declare and state as follows:

1. My name is Gary Goe.[1] I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify completely to those facts if called to do so.

2. I am next friend of my minor child, Grant Goe, who is a Plaintiff in this action.

3. I am a South Carolina resident. I live in Anderson County with my wife and my son, Grant.

4. I work as a welder in South Carolina. I have been a welder for almost 20 years.

5. Grant is transgender. Although Grant was assigned female at birth, he has known that he is a boy since he was young.

---

[1] Gary Goe is a pseudonym. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

6. In the summer of 2021, right before Grant started high school, he told my wife and I that he is a boy and asked us to use "he" and "him" pronouns when referring to him.

7. When Grant came out to us as transgender, we were not surprised. I knew something was different about Grant since Kindergarten when he first began interacting with other children. Grant always wanted to hang out with the boys and do stereotypically boyish things. He wore his baseball cap all the time. He wanted to go to math camp, science camp, and robot camp. Having raised his older sister, we knew Grant was different. He just wasn't a girly type of person. Before Grant changed his name, he went by a shortened, gender-neutral version of his deadname.

8. I was grateful Grant told my wife and I about being transgender. As his parents, our only goal is to love and support Grant, so we felt relieved knowing that by accepting him, he would feel comfortable and happy at home.

9. My natural parental instinct was to do everything I could to keep Grant safe.

10. At the time Grant told us he is a boy, he was receiving counseling for his anxiety. My wife and I frequently spoke with his therapist after his sessions, with Grant's permission. Grant's therapist told us that Grant had brought up being transgender to her.

11. After meeting with Grant and his therapist, my wife and I began to research being transgender, gender dysphoria, and gender affirming care. We didn't know anything about it, so our number one priority was educating ourselves. We told Grant that before we did anything, we needed to find a doctor and make sure we were as informed as possible. The next few months were a learning experience for my whole family.

12. Grant's therapist referred us to an adolescent medicine specialist, who diagnosed Grant with gender dysphoria. The doctor ran multiple diagnostic tests on Grant, including bloodwork and mental health evaluations.

13. After receiving Grant's diagnosis, Grant, my wife, myself, Grant's doctor, and Grant's therapist embarked on a long and thorough examination of all possible treatments, side-effects—temporary and permanent—upsides, and risks. We weighed all the potential downsides of starting Grant on hormone replacement therapy ("HRT") and a menstrual suppressant.

14. Once Grant's medical team discussed all the options available to him, we took the information they provided us home to talk through the next steps in Grant's care as a family. All of us, even Grant, wanted to be 100% sure of the choice we made.

15. With the support of Grant's medical and mental health team, my wife and I decided the potential improvements to Grant's well-being far outweighed any risks. Although the decision was neither an easy nor a fast one, I know that without HRT, Grant's life was at risk. Looking back, choosing life-saving treatment is a no-brainer, and I am forever grateful we made the choice we did.

16. When we told the doctor that we were ready for Grant to start testosterone, the doctor walked us through a document called an informed consent form.

17. Between the initial conversation with Grant's doctor and Grant's first testosterone injection, we spoke to the doctor and the rest of his medical team multiple times.

18. My wife and I take a holistic approach to Grant's treatment. We know gender-affirming care is more than just hormones and other medicines. We took every step we could to make sure Grant was affirmed, supported, and protected. This has included informing his school of his transition and changing all of his legal documentation. This also includes mental health care through regular therapy visits.

19. Once Grant started receiving testosterone and a menstrual suppressant, I saw immediate improvements in his wellbeing. As his voice dropped, he became happier, less anxious, and more confident.

20. After 3 months, Grant had to go off testosterone because his fear of needles became debilitating.

21. In April of 2024, Grant's doctor informed us that he could receive testosterone topically via a gel. We immediately re-started Grant on testosterone, having seen its benefits even in the short period of time he had been on it before.

22. Grant has now been on testosterone for four months. His voice has dropped and his facial hair is beginning to grow in. Grant is happier than I have seen him since he began puberty. There is a night-and-day difference between him now and 2 years ago. He is excited about the things he loves at school. He loves hanging out with his friends. He is, for once, a typical teenager.

23. Before Grant started testosterone, he was often too anxious to leave the house. While he has always had a strong friend group, he was sometimes too anxious or too depressed to hang out with them. Now, he goes to the movies and to dinners with them.

24. I can tell that the physical changes Grant is experiencing contribute to his boosted confidence. He no longer hides behind his clothes and the walls of our house.

25. Grant gets good grades. He loves art. He likes to bake. He has a tight-knit group of friends who bring out the best in him. We are deeply proud of Grant. We, like every other parent, want him to grow and thrive; we want to protect him from harm. We do not understand why the government, which has never met Grant, thinks it knows our son better than the people and doctors who interact with him on a daily, weekly, and monthly basis.

26. If Grant was forced to stop his testosterone treatment, he would be crushed. I am scared he would not survive it.

27. South Carolina is my family's home. We are part of a community here. We want to stay in South Carolina, where we have built our life and livelihood. But South Carolina's new ban on gender affirming care for minors has forced us to consider moving out of state or making contingency plans to travel out of state so Grant can get the care he so desperately needs. My wife and I do not wish to move if it can be avoided. But our children are the most important thing in our life. I have witnessed first-hand, in ways no parent wants to or should have to, the life-threatening impact of Grant's gender dysphoria. I will not leave his mental and physical health in the hands of ill-informed and ill-intentioned politicians.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2024

_____