IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**Charleston Division**

| | |
|---|---|
| STERLING MISANIN, et al., *Plaintiffs*, v. ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al., *Defendants*. | Case No. _____ |

### DECLARATION OF GRANT GOE

I, GRANT GOE, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. My name is Grant Goe.[1] I am a plaintiff in the above-captioned action and submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I am a seventeen-year-old boy and I am a senior in high school.

3. I live with my dad, Gary Goe, and my mom in South Carolina. I have lived in South Carolina since I was 6 years old.

---

[1] Grant Goe is a pseudonym. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

4. I am transgender. I was designated female on my birth certificate, but my gender identity is male.

5. Being transgender is a core part of who I am, but it is not the only part of who I am. I love doing art, particularly ceramics. This year in my ceramics class I have advanced to throwing pottery on the wheel. In addition to art, my favorite classes are Creative Writing, English Literature, and Science. I have an amazing group of friends in South Carolina, and I am excited to go to prom this year.

6. When I began puberty, I experienced a lot of mental hurt. When I saw the boys in my grade getting facial hair and heard their voices dropping, it was extremely painful for me. I didn't feel like I fit in the body I was supposed to.

7. When I was 13, I asked my friends to use "he" and "him" pronouns for me, and I realized that I am just Grant, a boy. I told my friends about my gender before I told my family, and they were very accepting. I hid my identity from my parents for a few months after I told my friends because I wanted to make sure that I felt comfortable in my identity before sharing it with my family.

8. I was intimidated to tell my parents because I did not know how they would react. I finally built up enough courage the summer before I started high school, when I was thirteen, and told my family that I am a boy. I was relieved that my parents and sister were really cool about it and they accept me for who I am. Once I told my family, I began to tell more people I am Grant.

9. Although it was a relief to have my friends and family recognize me for who I am, I continued to feel mental hurt as my body went through changes that did not reflect who I was.

10. In 2022, my parents did careful research to identify doctors who work with transgender kids like me in my area. I told the doctor that I am transgender, and my parents and I

asked about the availability of puberty blockers. The doctor we saw did not specifically work with transgender adolescents, so my family and I searched for one that did.

11. After that appointment my parents and I did more research on gender dysphoria. We found a clinic several towns from us with a knowledgeable doctor. That doctor diagnosed me with gender dysphoria in 2022. He told me it was too late for me to start puberty blockers because, at my age, I had already nearly finished puberty.

12. I talked with the doctor and my parents about starting testosterone and a menstrual suppressant, and we decided I should start taking a menstrual suppressant and receiving testosterone shots.

13. After I began receiving testosterone, my voice began to drop. This was the most affirming thing I had experienced since coming out as transgender. It made me feel so much more like myself and so much happier.

14. After about 6 months, my doctor transitioned me to getting testosterone shots in my home. I am very scared of needles, and getting shots in my home made me really anxious and scared. I had to stop testosterone because my fear of needles was so debilitating.

15. After researching other options, my parents and I asked the doctor whether I could get my testosterone without using a needle. The doctor told me I could receive testosterone as a gel and I was excited to restart this treatment.

16. In April of 2024, I began using testosterone gel. Since then, my voice has continued to drop, and I am getting facial hair and acne. Even though I am not a huge fan of acne, I am still excited to be getting it because it is a sign that my body is beginning to match my mind. I am so much happier now that I am on testosterone, and my mental health is substantially better.

17. As a senior in high school, I am looking forward to making decisions about my future. Before I started testosterone, it was almost impossible for me to do that. All I could think about was the disconnect between my body and who I truly am. Since starting testosterone, I feel like I can finally begin to think about what might be next for me.

18. Gender-affirming health care saved my life, and the idea of losing it terrifies me. It would be really scary for me if I wasn't able to access my testosterone. Having access to treatment for gender dysphoria is essential to my mental health. If I can't fill my prescription, my family and I would have to seek treatment in another state. We have already begun looking into treatment in my state of birth, Illinois.

19. I already had to pause my testosterone once because I was afraid of needles. That time without care was draining and extremely difficult. The mental hurt I began to feel before I started care started to come back, and I didn't feel like myself.

20. When I heard South Carolina politicians were trying to take away my health care, I was scared and angry. My family and I have to talk about regularly traveling out of state to get me care, or even moving away from our home. I feel terrible when I think about what that would mean, not just for me, but for my parents.

21. Although I would have to leave South Carolina if I couldn't get my prescription, I don't want to. South Carolina is my home. I want to complete my senior year here with my friends like a normal teenager.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2024                            _____