UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STERLING MISANIN, et al., *Plaintiffs*, v. ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al., *Defendants*. | Case No. 2:24-cv-04734-RMG |

**SCHEDULING ORDER TO RESOLVE PLAINTIFFS'**
**MOTIONS FOR A PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

The parties have met and conferred regarding Plaintiffs' complaint, Doc. 1, Plaintiffs' pending motion to proceed pseudonymously, Doc. 5, Plaintiffs' motion for class certification, Doc. 6, and Plaintiffs' motion for a preliminary injunction, Doc. 7.

Defendants have agreed that they will not oppose Plaintiffs' motion to proceed pseudonymously, Doc. 5, on the understanding that Defendants' agreement does not limit their ability to obtain the full scope of discovery to which they are entitled under the Federal Rules of Civil Procedure and does not suggest that proceeding pseudonymously, by itself, justifies statewide relief or injunctive relief that Plaintiffs would not otherwise be entitled to if they were proceeding under their own names.

With respect to Plaintiffs' complaint, class-certification motion, and preliminary-injunction motion, the parties propose the following briefing schedule:

- Defendants will file their briefs in opposition to Plaintiffs' motion for class certification and motion for preliminary injunction on October 31, 2024.

- Defendants will file a responsive pleading to Plaintiffs' complaint on November 15, 2024.

- Plaintiffs will file their reply briefs in support of their motion for class certification and motion for a preliminary injunction on November 18, 2024.

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion For a Scheduling Order To Resolve Plaintiffs' Motions For A Preliminary Injunction And Class Certification is **GRANTED**, and the parties' proposed schedule is **APPROVED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to proceed pseudonymously, Doc. 5, is **GRANTED**.

October 3, 2024
Date

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge