UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STERLING MISANIN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al., <br><br> *Defendants*. | Case No. 2:24-cv-04734-RMG |

**ORDER REGARDING DISCOVERY RELATED TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION AND CLASS CERTIFICATION**

The parties have met and conferred regarding discovery related to Plaintiffs' motion for class certification, Doc. 6, and Plaintiffs' motion for a preliminary injunction, Doc. 7. Pursuant to Federal Rule of Civil Procedure 26(d)(1), the parties propose the following schedule:

- By October 8, 2024, Plaintiffs will serve written discovery limited to requests that are relevant to the question of numerosity with respect to Plaintiffs' pending motion for class certification. Defendants will have 21 days from service of those requests to serve their responses and objections.

- By October 16, 2024, Defendants will identify and disclose any expert witness(es) they intend to use to support their opposition to Plaintiffs' pending motions.

- By October 16, 2024, Plaintiffs will produce medical records sufficient to show each Plaintiff's gender dysphoria diagnosis and treatment plan.

- On or before October 25, 2024, Defendants will have the opportunity to depose the declarants, both Plaintiffs and experts, whose declarations are used in support of Plaintiffs' pending motions.

- Defendants will make their expert witness(es) available to be deposed between November 4, 2024, and November 13, 2024.

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it.

1

**IT IS THEREFORE ORDERED** that the parties' Joint Motion For Discovery Regarding Plaintiffs' Motions For Class Certification and a Preliminary Injunction is **GRANTED**, and the parties' proposed schedule is **APPROVED**.

October 7, 2024

<u>s/ Richard Mark Gergel</u>
Richard Mark Gergel
United States District