UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STERLING MISANIN, et al., *Plaintiffs,* V. ALAN WILSON, in his official capacity as Attorney General of South Carolina, et al., *Defendants.* | Civil Action No.: 2:24-cv-04734 RMG **CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

CONSENT:

    The attached proposed Confidentiality Order is requested by consent of all parties.

CONTENT:

    The attached proposed Confidentiality Order: is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for the modification of the standard form is as follows:

    The Stipulated Order as submitted has been previously agreed to by counsel for Plaintiffs and Defendants in similar cases. *See, e.g.*, *Voe v. Mansfield*, No. 1:23-CV-00864-LCB-LPA, Dkt. 60) (M.D.N.C. Jan. 4, 2024).

| WE SO MOVE | WE SO CONSENT |
|---|---|
| /s/ Meredith McPhail | /s/ Thomas T. Hydrick |
| Allen Chaney (Fed. Id. No. 13181) | Thomas T. Hydrick (Fed. 13322) |
| Meredith McPhail (Fed. Id. No. 13500) | Assistant Deputy Solicitor General |
| ACLU OF SOUTH CAROLINA | Office of the Attorney General |
| P.O. Box 1668 | P.O. Box 11549 |
| Columbia, SC 29202 | Columbia, SC 29211 |

T: 843-259-2925
achaney@aclusc.org
mmcphail@aclusc.org

/s/ Sruti Swaminathan
Sruti Swaminathan*
Harper Seldin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., Fl 18
New York, NY 10004
T: 212-549-2500
sswaminathan@aclu.org
hseldin@aclu.org

/s/ Julie Singer
David S. Flugman*
Corey Stoughton*
Julie Singer*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
T: 212-390-9000
dflugman@selendygay.com
cstoughton@selendygay.com
jsinger@selendygay.com

*Counsel for Plaintiffs*

\* *Admitted Pro Hac Vice*

Date: October 11, 2024

T: 803-734-4127
ThomasHydrick@scag.gov

/s/ David H. Thompson
David H. Thompson*
Brian W. Barnes*
Nicole J. Moss*
Clark L. Hildabrand*
John D. Ramer*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Defendants*

\* *Pro Hac Vice*

Date: October 11, 2024