**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division**

|  |  |
|---|---|
| STERLING MISANIN, et al., | |
| *Plaintiffs*, | Case No. 2:24-cv-04734-RMG |
| v. | |
| ALAN WILSON, in his official capacity as the Attorney General of South Carolina, et al., | |
| *Defendants*. | |

## DECLARATION OF JOHANNA OLSON-KENNEDY, M.D., M.S.

I, Johanna Olson-Kennedy, M.D., M.S., hereby state as follows:

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      I am over the age of 18.

3.      I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

4.      I am aware of an article titled "U.S. Study on Puberty Blockers Goes Unpublished Because of Politics, Doctor Says," authored by Azeen Ghorayshi and published in the New York Times on October 23, 2024.

5.      Based on a misleading title and selective quotations, the article by Ms. Ghorayshi presents an inaccurate and misrepresentative picture of the status of research I, along with others, have been conducting.

1

6.     As I have previously testified, I am a principal investigator on a multisite study that has been funded in part through a National Institutes of Health grant and is examining the impact of gender-affirming medical care for transgender youth on physiologic and psychological health and well-being.  The study involves over 400 study participants for whom thousands of data points have been collected.  The first eight years of this study have already been completed and to date, the study has yielded over a dozen manuscripts.

7.     Research takes time and significant resources, and we want to ensure that we publish our data accurately.

8.     Among the multiple manuscripts relating to the study that have been published, our manuscript pertaining to the "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones" was published in the *New England Journal of Medicine* in 2023 and our manuscript relating to "Laboratory Changes During Gender-Affirming Hormone Therapy in Transgender Adolescents" was published in *Pediatrics* in 2024.

9.     Throughout this study, up to the present moment, we have continued to conduct detailed statistical analyses for numerous constructs, including thousands of data points we have gathered and multiple outcome measures.  Some of these relate to the functioning of transgender youth who received gonadotrophin-releasing hormone analogues ("GnRHa") as a medical intervention in relation to the gender dysphoria.

10.    As I testified previously, by its very nature, puberty suppression *stops* further development of physical characteristics inconsistent with the adolescent's identity, which is therefore meant to *prevent* (not necessarily improve) the worsening of gender dysphoria, the deterioration of mental health, and the development of further body dissatisfaction.

11. At the time of my conversation with Ms. Ghorayshi in the Spring of 2024 as well as at the time of this declaration, analyses pertaining to multiple data points and outcomes, including the impact of GnRHa on transgender youth, remain ongoing.

12. It is false that I, or anyone involved in the NIH-funded study, has withheld publication of data because of politics, as the headline of Ms. Ghorayshi's article falsely states.

13. Ms. Ghorayshi's article ignores key context I provided to her explaining that the analyses relating to multiple domains we are looking at remains ongoing and that that is why a manuscript pertaining to the impact of GnRHa treatments for transgender youth has yet to be published.

14. As even the article acknowledges, we have every intention to publish our data but the length of time it has taken to do so is attributable to the sheer amount of work and resources required to do so accurately, transparently, and clearly.  This goal has been further impacted by resource limitations, including funding cuts and personnel changes.

15. In my conversation with Ms. Ghorayshi, the specter of politicization and weaponization of scientific work, including our ongoing study, was raised not as a reason or explanation for a delay in, or withholding of publication of our findings but as a reason for any scientist, including myself, to communicate their findings with clarity and in a manner in which they can be understood not just by the scientific community but by non-scientists as well.  As such, I discussed our study, for which analyses are still ongoing, as a hypothetical example for why our work product "has to be exactly on point, clear and concise. And that takes time."

16. In our work as scientific and medical professionals, we strive to ensure the accurate, transparent, and detailed reporting of data to better understand phenomena, inform the scientific community and relevant stakeholders of our findings, and generate areas and new ideas for further

3

research.  It is unfortunate, however, that to do so we must now worry about our words and findings being misunderstood or misrepresented.  That prospect is not and should not be a reason to delay or not publish data, but rather an incentive to ensure that we do so carefully, clearly, and concisely, so that our findings cannot be twisted or misrepresented.  The process to do so thus takes time and resources, which often are both limited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November 2024.

_____
Johanna Olson-Kennedy, M.D., M.S.

4