# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| STERLING MISANIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, *et al.*, <br><br> *Defendants.* | Case No. 2:24-cv-4734-RMG <br><br> **PLAINTIFFS' SUBMISSION FOLLOWING *SKRMETTI* DECISION** |

In response to this Court's December 19, 2024, Order (Dkt. 59), and following the Supreme Court's decision in *United States v. Skrmetti*, Case No. 23-477, Plaintiffs respectfully submit this proposal regarding next steps in this action.

Plaintiffs filed this action on August 29, 2024, seeking declaratory and injunctive relief concerning South Carolina's House Bill 4642, which broadly prohibits public funds from being used to fund any gender-affirming medical care, regardless of the age of the patient; prohibits and prevents Medicaid from reimbursing or providing coverage for gender-affirming medical care, again regardless of the age of the patient; and prohibits healthcare professionals from providing gender-affirming medical care to transgender adolescents, depriving transgender people across South Carolina of medically necessary healthcare (Dkt. 1). Plaintiffs filed a motion for class certification and a motion for preliminary injunction, with accompanying materials, the following day (Dkts. 6, 7). The parties conducted limited discovery and completed briefing on the pending motions on November 18, 2024.

By Order dated December 19, 2024, this Court stayed this action until the Supreme Court entered an order on the merits in *Skrmetti* or the Supreme Court's October 2024-June 2025 term ended, whichever was sooner, and directed the parties to file submissions with the Court within 15

1

days of the Supreme Court's order in *Skrmetti*.

This action raises a broader set of issues and claims than those presented in *Skrmetti*, as this Court has acknowledged (Dkt. 56 at 2). To promote efficient adjudication of this matter, and in the interest of judicial economy, Plaintiffs respectfully request that the Court (1) allow Plaintiffs to amend their complaint by September 3, 2025, and (2) allow Plaintiffs to submit a proposal regarding subsequent motion practice by September 3, 2025.

Defendants do not oppose this proposal.

Date: July 3, 2025

Respectfully submitted,

/s/ *Meredith McPhail*
Meredith McPhail (Fed. Id. No. 13500)
Allen Chaney (Fed. Id. No. 13181)
**ACLU OF SOUTH CAROLINA**
P.O. Box 1668
Columbia, South Carolina 29202
Telephone: 864-372-6881
mmcphail@aclusc.org
achaney@aclusc.org

/s/ *Sruti Swaminathan*
Sruti Swaminathan*
Harper Seldin*
Alexandra Johnson*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., Fl 18
New York, New York 10004
Telephone: 212-549-2500
sswaminathan@aclu.org
hseldin@aclu.org
a.johnson@aclu.org

/s/ *Julie Singer*
David S. Flugman*
Corey Stoughton*
Julie Singer*
Aine C. Carolan*
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9000
dflugman@selendygay.com
cstoughton@selendygay.com
jsinger@selendygay.com
acarolan@selendygay.com

*Appearing *Pro Hac Vice*

*Attorneys for Plaintiffs, Sterling Misanin, et al.*

3