UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| STERLING MISANIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, *et al.*, <br><br> *Defendants.* | No. 2:24-cv-4734-RMG |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs STERLING MISANIN; JANE DOE; JILL RAY; NINA NOE, by and through her parent and next friend, Nancy Noe; NANCY NOE; GRANT GOE, by and through his parent and next friend, Gary Goe; GARY GOE, on behalf of themselves and on behalf of those similarly situated, and their counsel hereby give notice that they are dismissing their claims against all defendants in the above-captioned action without prejudice and without costs or attorneys' fees to any party.

Date:  October 7, 2025　　　　　　　　　　Respectfully submitted,

/s/ Meredith McPhail
Meredith McPhail (Fed. Id. No. 13500)
Allen Chaney (Fed. Id. No. 13181)
**ACLU OF SOUTH CAROLINA**
P.O. Box 1668
Columbia, South Carolina 29202
Telephone: 864-372-6881
mmcphail@aclusc.org
achaney@aclusc.org

/s/ Sruti Swaminathan
Sruti Swaminathan*
Harper Seldin*
Alexandra Johnson*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad St., Fl 18
New York, New York 10004
Telephone: 212-549-2500
sswaminathan@aclu.org
hseldin@aclu.org
a.johnson@aclu.org

/s/ Julie Singer
David S. Flugman*
Corey Stoughton*
Julie Singer*
Aine C. Carolan*
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-390-9000
dflugman@selendygay.com
cstoughton@selendygay.com
jsinger@selendygay.com
acarolan@selendygay.com

*Appearing *Pro Hac Vice*

*Attorneys for Plaintiffs, Sterling Misanin, et al.*